■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MARTINEZ, Appellant. [605 NYS2d 852] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered January 29, 1991, convicting defendant, upon his guilty plea, of Criminal Possession of a Controlled Substance in the Second Degree (Penal Law § 220.18) and Conspiracy in the Second Degree (Penal Law § 105.15) and sentencing him to consecutive indeterminate terms of eight and one-third years to life on the possession count and from two and two-thirds to eight years on the conspiracy count, unanimously affirmed.

The defendant after proper colloquy waived his right to appeal. It was voluntary, knowing and intelligent (see, People v Seaberg, 74 NY2d 1; see also, People v Callahan, 80 NY2d 273).

The sentencing court properly imposed consecutive sentences; the crimes committed here involved separate acts committed with the requisite criminal intent (see, People v Day, 73 NY2d 208, 212; see also, People ex rel. Gallo v Warden, 32 AD2d 1051). Concur—Sullivan, J. P., Ellerin, Ross and Nardelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RAYMOND RAMOS, Respondent. [605 NYS2d 852] —The People's appeal from an order of the Supreme Court, New York County (Patricia Williams, J.), entered on or about March 21, 1991, which granted defendant's motion to suppress evidence recovered from him at his arrest on a finding that probable cause for arrest was lacking, is unanimously dismissed for failure to comply with Rules of the Appellate Division, First Department (22 NYCRR) § 600.8 (f). The unpublished order of this Court entered on August 12, 1993 (M-1926) assigning counsel is hereby recalled and vacated. Concur—Sullivan, J. P., Ellerin, Ross and Nardelli, JJ.